UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------X

Erica Rhonda Harris on behalf of I.A.B.,
          Plaintiff(s),

    -against-

Commissioner of Social Security; Social Security
Administrator,
          Defendant.

--------------------------------------------------------------------------------X

20cv6127(GBD)
PRO SE PRETRIAL
ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 0 2020

      Pro se Plaintiff and counsel for all parties are hereby notified that this case is referred to Magistrate Debra C. Freeman for the purposes of Case Management and Scheduling pursuant to Federal Rule Civil Procedure 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures. If you are unaware of the identity of counsel for any of the parties, you must send a copy of the notice and rules to that party personally.

      All correspondence to the Court should be addressed to the chambers of Magistrate Judge Debra C. Freeman and submitted to the Pro Se Intake Unit, located in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 telephone (212) 805-0175.

      Any procedural questions by Pro Se plaintiff should be addressed to the Office of Pro Se Intake Unit at (212) 805-0175.

Dated: August 10, 2020
      New York, New York

SO ORDERED:

George B. Daniels
United States District Judge