**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERICA RHONDA HARRIS O/B/O I.A.B.,

                         Plaintiff,                    20 **CIVIL** 6127 (DCF)

                       -v-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated 6/30/2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          June 30, 2021

                                                            **RUBY J. KRAJICK**
                                                            _____
                                                               **Clerk of Court**
                                        **BY:**
                                                               **Deputy Clerk**